UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  3:08-mj-0036 CMK |
| vs. | ORDER TO PAY |
| MICHAEL N. COX | |

The Defendant, having been found guilty of violating 36 CFR 261.11 (e), dump refuse on national forest lands, after entry of a no contest plea thereto, is

ORDERED TO PAY THE FOLLOWING:

    Fine: $240.00                  Assessment: $10.00

(X)    FINE AND ASSESSMENT TOTAL OF $250.00 is all due and payable on or before March 1, 2009, to the Clerk, U.S. District Court, 501 I Street, Sacramento, CA 95814.

DATED: January 13, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE